

**Insolvency Financial & Collection Legal Services**
17401 Ventura Blvd., # B-21  2600 Eagan Woods Drive, Suite 400  Los Angeles
Encino, CA  91316  St. Paul, MN  55121  Minneapolis
PHONE: 818/609-9268  PHONE: 651/406-9665
FAX: 818/609-9686  FAX: 651/406-9676

## CHECK REGISTER
### TRANSFERS DURING PREFERENCE PERIOD

Defendant: **Malwa Transport, Inc.**
Bankruptcy Case: Quebecor World (USA), et al.
Preference Period: October 23, 2007 - January 21, 2008

| Check No. | Check Date | Clear Date | Check Amount | Check Description |
|---|---|---|---|---|
| 1717027 | November 2, 2007 | November 7, 2007 | $11,473.80 | UNITED STATES DOLLAR |
| 1720171 | November 8, 2007 | November 19, 2007 | $2,613.60 | UNITED STATES DOLLAR |
| 1723808 | November 15, 2007 | November 20, 2007 | $12,708.71 | UNITED STATES DOLLAR |
| 1726494 | November 21, 2007 | November 26, 2007 | $11,549.20 | UNITED STATES DOLLAR |
| 1732615 | December 7, 2007 | December 18, 2007 | $7,800.00 | UNITED STATES DOLLAR |
| 1736322 | December 13, 2007 | December 20, 2007 | $15,361.00 | UNITED STATES DOLLAR |
| 1740082 | December 20, 2007 | December 28, 2007 | $19,978.00 | UNITED STATES DOLLAR |
| 1744149 | December 27, 2007 | January 3, 2008 | $36,629.75 | UNITED STATES DOLLAR |
| 1748055 | January 4, 2008 | January 14, 2008 | $41,511.78 | UNITED STATES DOLLAR |
| 1750984 | January 9, 2008 | January 16, 2008 | $11,505.00 | UNITED STATES DOLLAR |

Total Check(s): 10  **Total Amount:**  $171,130.84