# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.,<br><br>                               Debtors. | Bk. No. 08-10152-JMP |
| Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust,<br><br>                               Plaintiff,<br>vs.<br><br>Malwa Transport, Inc.,<br><br>                               Defendant. | Chapter 11<br><br>Adv No. 10-02025-JMP |

## AFFIDAVIT REQUESTING CLERK'S ENTRY OF DEFAULT

STATE OF MINNESOTA      } ss.
COUNTY OF DAKOTA       }

    I, Gary D. Underdahl, being duly sworn, deposes and says:

    1.    I am an attorney licensed to practice law by the State of Minnesota, and admitted to practice before this Court. I am one of the attorneys primarily responsible for representation of the Plaintiff in this adversary proceeding. I have personal knowledge of the facts set forth below and if called as a witness to testify as to matters stated herein, I would be willing and competent to do so.

    2.    I respectfully submit this Affidavit Requesting Clerk's Entry of Default against the above-named Defendant, Malwa Transport, Inc., (the "Defendant"), for failure to answer or otherwise defend herein.

    3.    On or about January 13, 2010, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust, (the "Plaintiff") initiated the above-captioned adversary proceeding, Adversary Number 10-02025, (the "Adversary Proceeding") by filing a Complaint to Avoid and Recover Transfers of

Property (the "Complaint").

4. On or about February 11, 2010, A·S·K Financial LLP caused to be served upon the Defendant the Summons and Complaint in this Adversary Proceeding. A true and correct copy of the Certificate of Service is attached hereto as Exhibit "1" and incorporated herein by this reference.

5. Pursuant to the Findings of Fact, Conclusions of Law, and Order, dated July 2, 2009, Confirming Third Amended Joint Plan of Reorganization of Quebecor World (USA) Inc. And Certain Affiliated Debtors and Debtors-in-Possession (the "Plan"), the Quebecor World Litigation Trust was established on July 21, 2009, the effective date of the Plan. Pursuant to the Plan and the Litigation Agreement attached thereto as Exhibit 6.11(a), the right to prosecute and settle the claims asserted in the above-captioned adversary proceeding as the representative of the Quebecor World Litigation Trust and the applicable Debtor estates was transferred to Plaintiff.

6. The time within which the Defendant may answer or otherwise move with respect to the Complaint herein has expired. Defendant has not answered or otherwise moved with respect to the Complaint, and the time for Defendant to do so has not been extended.

7. To the best of my knowledge, Defendant is not an infant or incompetent and is a business entity to subject to the protection provided by the Soldiers and Sailors Civil Relief Act of 1940 (50 U.S.C. App. §520).

8. This Adversary Proceeding was brought to seek a nondischargeable judgment in the sum of $171,130.84, plus interest from January 13, 2010, the date the Complaint was filed, plus costs in the amount of $250.00 for the filing of the Adversary Proceeding for a total judgment of $171,779.60 as of today's date with interest continuing to accrue at the Federal Rate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2010 at Eagan, Minnesota.

_____
Gary D. Underdahl, Esq. (MN SBN 0301693)
Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for
the Quebecor World Litigation Trust
A·S·K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
Telephone: 651-289-3857  Fax: (651) 406-9676

Sworn to before me this 13th day of Sept., 2010

_____
Notary Public

JENNIFER ALICE HEPOLA
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2015

# EXHIBIT 1

A·S·K FINANCIAL LLP
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
Gary D. Underdahl, , Esq.
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 857 **Fax:** (651) 406-9676
**e-mail:** gunderdahl@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail:** eneiger@askfinancial.com
<sub>c-pr-ny.frm - F:\WP\MM\QBC\SERVICE\2-11\CRTSVC4.WPD</sub>
Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.,<br><br>Debtors. | Bk. No. 08-10152-JMP<br>(Jointly Administered)<br><br>Chapter 11 |
| Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>Malwa Transport, Inc.,<br><br>Defendant. | Adv No. 10-02025-JMP |

**CERTIFICATION OF SERVICE**

      I, Jennifer A. Hepola, hereby certify that I am not less than 18 years of age, and further certify that on February 11, 2010, I caused to be served a true and correct copy of the:

1. COMPLAINT AND SUMMONS;
2. PLAINTIFF'S MOTION FOR AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY EUGENE I. DAVIS, AS LITIGATION TRUSTEE FOR THE QUEBECOR WORLD LITIGATION TRUST, PURSUANT TO SECTIONS 502, 547, 548, 549 AND 550 OF THE BANKRUPTCY CODE AND EXTENDING THE 120-DAY TIME LIMIT FOR SERVICE OF THE SUMMONSES AND COMPLAINTS

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

<u>Defendant</u>
Pannu Gurvinder, RegAgt/President
Malwa Transport, Inc.
43908 Loganwood Court
Ashburn, VA 20147

☐ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☒ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on February 11, 2010.

   /s/   *Jennifer A. Hepola*
Jennifer Hepola, Declarant
Laurie N. Porten, Declarant
Bethany D. Sibenaller, Declarant
No: QBCMAL001 Stat: - Answ: /*

-2-    CERTIFICATE OF SERVICE
QBC - Malwa Transport, Inc. - 10-02025 -    F:\WP\MM\QBC\SERVICE\2-11\CRTSVC4.WPD / 09Feb10, 13:48