**A/S/K FINANCIAL LLP**
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
Gary D. Underdahl, , Esq.
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 857 **Fax:** (651) 406-9676
**e-mail:** gunderdahl@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail:** eneiger@askfinancial.com

\c-pr-ny.frm - F:\USERS\Jen\QBC\cos02025.WPD

Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.,<br><br>                    Debtors. | Bk. No. 08-10152-JMP<br>(Jointly Administered)<br><br>Chapter 11 |
| Eugene I. Davis, Litigation Trustee for<br>the Quebecor World Litigation Trust,<br><br>                    Plaintiff,<br>vs.<br><br>Malwa Transport, Inc.,<br><br>                    Defendant. | Adv No. 10-02025-JMP |

## CERTIFICATION OF SERVICE

        I, Jennifer A. Hepola, hereby certify that I am not less than 18 years of age, and further certify that on September 13, 2010, I caused to be served a true and correct copy of the:

    1.    AFFIDAVIT REQUESTING CLERK'S ENTRY OF DEFAULT

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Defendant
Pannu Gurvinder, RegAgt/President
Malwa Transport, Inc.
43908 Loganwood Court
Ashburn, VA  20147

☒  By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☐  Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on September 13, 2010.

_____
Jennifer Hepola, Declarant
Laurie N. Porten, Declarant
Bethany D. Sibenaller, Declarant

No: QBCMAL001 Stat: DEF - Answ: