# United States Bankruptcy Court

Southern District of New York

-----------------------------------------------------X

**In re** :

Quebecor World (USA) Inc.  Bankruptcy Case No. 08-10152 (SHL)

**Debtor**

-----------------------------------------------------X

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust
**Plaintiff**

**v.**  Adversary Proceeding No. 10-2025 (SHL)

Malwa Transport, Inc.
**Defendant**

-----------------------------------------------------X

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

<div style="border:1px solid black; text-align:center;">

**MALWA TRANSPORT, INC.**

</div>

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

                                                                              Vito Genna
Clerk of the Bankruptcy Court

December 13, 2010  By: /s/ Anatin Rouzeau
Date  Deputy Clerk