**ASK FINANCIAL LLP**
Joseph L. Steinfeld, Jr., Esq.
(Admitted Pro Hac Vice)
John T. Siegler, Esq.
Gary D. Underdahl, , Esq.
(Admitted Pro Hac Vice)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 857 **Fax:** (651) 406-9676
**e-mail:** gunderdahl@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue, 21st Floor
New York, New York 10017
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail:** eneiger@askfinancial.com
\c-pr-ny.frm - F:\WP.MM\QBC.Defaults\BATCH6\MOT02025.WPD

Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.[1],<br><br>Debtors. | Bk. No.08-10152-JMP |
| Eugene I. Davis, Litigation Trustee for the<br>Quebecor World Litigation Trust,<br>Plaintiff,<br>vs.<br><br>Malwa Transport, Inc.,<br>Defendant. | Chapter 11<br><br>Honorable Sean H. Lane<br><br>Adv. No. 10-02025 - SHL |

## MOTION FOR DEFAULT JUDGMENT

The above-captioned Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation

Trust (the "Plaintiff"), by and through its counsel, hereby represents as follows:

---

[1] The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc., and Quebecor World Memphis LLC.

1. On or about January 13, 2010 the Plaintiff timely filed a Complaint to Avoid and Recover Transfers of Property [11 U.S.C. §§ 547-550] ("Complaint") with this Court, initiating the above-captioned adversary proceeding.

2. Plaintiff's attorneys, A/S/K Financial, LLP served a copy of the Summons and Complaint upon Defendant, Malwa Transport, Inc., by regular first-class United States mail, postage fully prepaid, on February 11, 2010.

3. The Defendant has failed to answer or otherwise defend the Complaint.

4. An extension of time to answer the Complaint has not been sought by the Defendant nor granted by the Court.

5. To the best of Plaintiff's knowledge, Defendant is not in the armed forces, nor is he a minor or incompetent.

6. The Clerk of the Bankruptcy Court filed an Entry of Default on or about December 13, 2010.

7. Plaintiff's Application for Default Judgment annexes all relevant pleadings and sets forth grounds for default judgment.

WHEREFORE, pursuant to Federal Rule of Bankruptcy Procedure 7055, Federal Rule of Civil Procedure 55(b), Plaintiff moves this Court for a default judgment against the Defendant in the sum of $171,130.84, plus interest of $641.62 and costs in the sum of $250.00 for a total judgment in the sum of $172,022.46 as of today's date with interest continuing to accrue at a daily rate of $1.64.

Dated: February 11, 2011

A/S/K FINANCIAL LLP

      /s/ *Gary D. Underdahl*
Gary D. Underdahl, Esq. (MN SBN 0301693)
A/S/K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** 651-289-3857  **Fax:** (651) 406-9676

Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust