# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| <u>Quebecor World (USA) Inc.</u> | ) | Case No. 08-10152 (JMP) |
| *Debtor* | ) | |
| | ) | |
| <u>Eugene I. Davis, as Litigation Trustee for</u> | ) | |
| <u>the Quebecor World Litigation Trust</u> | ) | Chapter 11 |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-2025 (SHL) |
| | ) | |
| <u>Malwa Transport, Inc.</u> | ) | |
| *Defendant* | ) | BC 11,0133 |

## JUDGMENT BY DEFAULT

The defendant having been regularly notified by service of process and having failed to plead or otherwise defend, and the time for pleading or otherwise defending having expired according to law, and the default of the defendant having been duly entered on December 13, 2010.

Now therefore, upon application of the plaintiff, judgment is hereby entered against the defendant in favor of the plaintiff, as follows.

**IT IS ORDERED, ADJUDGED AND DECREED: that the Plaintiff Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust, be awarded a default judgment against the Defendant, Malwa Transport, Inc., in the amount of $171,130.84, plus interest of $641.62 and costs in the sum of $250.00, which results in a total judgment of $172,022.46 as of today's date with interest continuing to accrue at the Federal Rate.**

Date: <u>April 7, 2011</u>

<u>Vito Genna</u>
Clerk of Court

/s/ Anatin Rouzeau
Deputy Clerk